UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - against -

DANIEL MINUCCI,

                  Defendant.

22-CR-700 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

As stated at today's conference, another conference shall be held on **February 9, 2023, at 11:30 a.m.**

In order to assure the effective assistance of counsel and to allow the parties to discuss a potential disposition short of trial, the Court prospectively excludes the time from today, **December 20, 2022,** until **February 9, 2023,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: December 20, 2022
      New York, New York

                                       John G. Koeltl
                            United States District Judge