UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                          22 cr 700 (JGK)

     -against-

                        **SPEEDY TRIAL ORDER**

DANIEL MINUCCI,
                 Defendants.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, March 21, 2023, at 2:00pm**, before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **March 21, 2023** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                   _____
                                                   **JOHN G. KOELTL**
                                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 17, 2023