UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

                  22 cr 700 (JGK)

       -against-

**ORDER OF REMAND**

DANIEL MINUCCI,

               Defendant.
-----------------------------------------------------------X

For the reasons stated, today, the defendant, Daniel Minucci, having pleaded guilty to the information, is hereby ordered remanded to the custody of the Bureau of Prisons and United States Marshal, pending sentence.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 5, 2023